IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 02-cv-01041-WYD-MJW

GUARANTY BANK AND TRUST COMPANY and P.W.P. GOLDEN EAGLE TREE,
L.L.C., A Colorado Limited Partnership,

     Plaintiffs,

v.

HENRY H. YUSEM, individually, et al.,

     Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on a review of the file.  The Court's docket

shows that three (3) motions remain pending: (1) an Amended Motion Requesting that

Frederic Bernstein Not Be Required to Attend Hearing (filed May 19, 2005), (2) an

Amended Motion for Order that Frederic Bernstein Not Be Required to Attend Hearing

(filed May 20, 2005); and (3) Plaintiffs' Motion for Attorney Fees (filed August 1, 2005).

The first two motions are clearly moot in light of the Minute Order of Magistrate Judge

Watanabe dated May 18, 2005 that vacated the hearing at issue.  Accordingly, they are

denied as moot for purposes of the Court's docket.

As to Plaintiff's Motion for Attorney Fees, to the extent it sought amendment of

the judgment previously entered in August 2004 to include attorney fees and other

expenses, this motion also appears to be moot in light of Plaintiffs' filing entitled "Full

Satisfaction of Judgment" on August 16, 2005.  Accordingly, this motion will be denied

without prejudice.  If Plaintiffs believe that the relief requested in this motion is not

moot, they may refile their motion within ten (10) days of this Order, or by Monday,

October 24, 2005.

In conclusion, it is

ORDERED that the Amended Motions Requesting that Frederic Bernstein Not

Be Required to Attend Hearing (filed May 19 and 20, 2005, docket numbers 150 and

151) are **DENIED AS MOOT**.  It is

FURTHER ORDERED that Plaintiff's Motion for Attorney Fees filed August 1,

2005, is **DENIED WITHOUT PREJUDICE**.  If this motion is not moot, Plaintiffs may

refile this motion on or before **Monday, October 24, 2005.**

Dated:  October 14, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge